IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHELBY T. MIDGETT,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    1:25-cv-326
                                  )
MCHUE, KEVIN RADFORD,             )
HARRISON, and PATE,               )
                                  )
          Defendants.             )

### ORDER

On May 6, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 20th day of June, 2025.

                                                        _/s/ William L. Osteen, Jr._
                                                        United States District Judge